## Commonwealth *v.* Allen, Petitioner.

Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

402

*Dominic P. Costa,* for petitioner.

*Henry T. Crocker,* Assistant District Attorney, with him *Richard A. Devlin* and *Anthony J. Scirica,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for Commonwealth, respondent.

OPINION PER CURIAM, March 1, 1968:

The Orders of the Superior Court and the Court of Quarter Sessions of Montgomery County are reversed, and the case is remanded for a new trial on Bill No. 63, November Sessions, 1957, on the dissenting opinion of Judge HOFFMAN of the Superior Court, at 211 Pa. Superior Ct. 259 at 260.